James Percival Pio, appellee, v. M. E. Martin, appellant. Gen. No. 27,995.

Judgment by confession on judgment note. Petition to vacate. Prayer denied. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed October 17, 1923.

C. H. McDermott, for appellant. No appearance for appellee.
Mr. Justice Thomson delivered the opinion of the court.